1  Brian E. Hawes (SBN 104519)
   Law Offices of Brian E. Hawes
2  1900 S. Norfolk Street, Suite 350
   San Mateo, CA 94403
3  Telephone: (650) 320-1616
   Facsimile: (650) 763-8745
4  brian@haweslawfirm.com

5  Attorney for Plaintiff
   Octavio Vera
6

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
8    Including Professional Corporations
   RONALD J. HOLLAND, Cal. Bar No. 148687
9  rholland@sheppardmullin.com
   MORGAN P. FORSEY, Cal. Bar No. 241207
10 mforsey@sheppardmullin.com
   ALEXANDRA H. HEMENWAY, Cal. Bar No. 297888
11 ahemenway@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
12 San Francisco, CA 94111-4109
   Telephone: 415.434.9100
13 Facsimile:  415.434-3947

14 Attorneys for DEFENDANT WASTE
   MANAGEMENT COLLECTION AND
15 RECYCLING, INC.

16

17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19

20
   OCTAVIO VERA,                          Case No. 3:16-cv-01813-CRB
21
         Plaintiff,
22                                        STIPULATION AND [PROPOSED]
   vs.                                    ORDER OF DISMISSAL OF ENTIRE
23                                        ACTION WITH PREJUDICE
   WASTE MANAGEMENT COLLECTION
24 AND RECYCLING, INC. dba VALLEY
   WASTE MANAGEMENT; and DOES 1
25 through 100, inclusive,

26       Defendants.

27
                                      1
28

# STIPULATION

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Octavio Vera and Defendant Waste Management Collection and Recycling, Inc. by their undersigned counsel, stipulate to the dismissal of this entire action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 25, 2017        Law Offices of Brian E. Hawes

By: _____
Brian E. Hawes, Attorney for
Plaintiff Octavio Vera

Dated: January 25, 2017        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
MORGAN P. FORSEY
Attorneys for Defendant
Waste Management Collection and Recycling, Inc.

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 3, 2017        _____
Honorable Charles R. Breyer
United States District Judge

2

Octavio Vera v. Waste Management Collection and Recycling, Inc., et al.   Stipulation and [Proposed] Order of Dismissal of Entire Action with Prejudice   Case No. 3:16-cv-01813-CRB